# Court of Appeals
# of the State of Georgia

ATLANTA,  April 19, 2021

*The Court of Appeals hereby passes the following order:*

## A21A1227.  DOLLY THOMAS VETTUKALLEL v. ROY AUGUSTIAN.

Roy Augustian filed a complaint for divorce against Dolly Thomas Vettukallel ("the Wife"). According to the complaint, there were no children between the parties, and thus, child custody was not at issue in the case. On January 22, 2021, the trial court entered a final judgment and divorce decree. On February 22, 2021, the Wife filed this direct appeal. We lack jurisdiction.

Where, as here, the underlying action involves rights and obligations arising out of a divorce decree and does not involve child custody, an appeal must be pursued by discretionary application. See OCGA § 5-6-35 (a) (2), (b); *Voyles v. Voyles*, 301 Ga. 44, 47 (799 SE2d 160) (2017). "Compliance with the discretionary appeals procedure is jurisdictional." *Booker v. Ga. Dept. of Human Res.*, 317 Ga. App. 426, 427 (731 SE2d 110) (2012). The Wife's failure to follow the proper procedure deprives us of jurisdiction over this appeal. As a result, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  04/19/2021*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

Stephen E. Castlen
, *Clerk.*